# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**KRISTINE GOEBEL and PAUL GOEBEL,**

      **Plaintiffs,**

**v.**                                         **Case No: 5:16-cv-578-Oc-PRL**

**SAFECO INSURANCE COMPANY OF ILLINOIS**

      **Defendant.**

---

## ORDER

According to the notice of mediation conference filed by Plaintiffs (Doc. 12), the parties were scheduled to mediate this case before Marcia Davis, Esq., on April 12, 2017. The mediation deadline has now passed. (Doc. 11). But, to date, no mediation report has been filed on the docket. *See* L.R. 9.06(a) ("Within seven (7) days following the conclusion of the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present and had authority to settle the case. The report shall also indicate whether the case settled, was continued with the consent of the parties, or whether the mediator was forced to declare an impasse."). Accordingly, **on or before May 12, 2017**, mediator Marcia Davis, Esq., shall **FILE** a mediation report with the Court or otherwise **SHOW CAUSE WHY** she has not done so.

The Clerk is **DIRECTED** to mail a copy of this Order to Marcia Davis, Esq., care of Bice Cole Law Firm, P.L., 1333 SE 25th Loop, Suite 101, Ocala, FL 34471-1071.

**DONE** and **ORDERED** in Ocala, Florida on April 28, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties