UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRISTINE GOEBEL and PAUL GOEBEL,

    Plaintiffs,

v.        Case No: 5:16-cv-578-Oc-PRL

SAFECO INSURANCE COMPANY OF ILLINOIS

    Defendant.

## ORDER

Last week I ordered the mediator in this case, Marcia Davis, Esq., to file a mediation report with the Court. (Doc. 19). Mediator Davis has timely done so and states that "the case was settled on April 26, 2017 with the parties to file dismissal documents with the court." (Doc. 20). Under Local Rule 3.08(a), "[i]t shall be the duty of all counsel to immediately notify the Court upon the settlement of any case." Accordingly, the parties shall **NOTIFY** the Court of the status of this case **on or before May 12, 2017** or otherwise **SHOW CAUSE** why they have not done so.

**DONE** and **ORDERED** in Ocala, Florida on May 4, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties