# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**KRISTINE GOEBEL and PAUL GOEBEL,**

     **Plaintiffs,**

**v.**                                                **Case No: 5:16-cv-578-Oc-PRL**

**SAFECO INSURANCE COMPANY OF ILLINOIS**

     **Defendant.**

---

# ORDER

On April 5, 2017, the parties filed their Stipulation of Dismissal. (Doc. 22). The stipulation, which counsel for both parties have signed, advises the Court that the parties reached a mediated settlement in this matter and stipulate to the dismissal of this action with prejudice. *See* FED. R. CIV. P. 41(a)(1)(A)(ii) (allowing for voluntary dismissal upon "a stipulation of dismissal signed by all parties who have appeared"). Accordingly, this action hereby is **DISMISSED** with prejudice, with each party bearing their own attorney's fees and costs. The **Clerk** is **directed** to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Ocala, Florida on May 5, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties